IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIM ANTHONY POLONCZYK, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 14-0362-WS-M |
| TOYOTA MOTOR CORPORATION, *et al.*, | : |
| Defendants. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction.

DONE this 2nd day of December, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE