IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KIM ANTHONY POLONCZYK,          :

    Plaintiff,                :

vs.                             :  CIVIL ACTION 14-0362-WS-M

TOYOTA MOTOR CORPORATION,       :
*et al.*,
                                :

    Defendants.

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 2nd day of December, 2014.

                                    s/WILLIAM H. STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE